IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAI Rail Inc. | * | |
| Plaintiff, | * | Civil Action No.: 1:20-cv-04644-JPC |
| v. | * | |
| Badger Mining Corporation     . | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING
UNOPPOSED MOTION TO SUBSTITUTE
INFINITY TRANSPORTATION 2020-1, LLC AS PLAINTIFF
IN SUBSTITUTION OF CAI RAIL**

Upon considering the unopposed motion of CAI Rail Inc. to substitute Infinity

Transportation 2020-1, LLC as party plaintiff in this action, CAI Rail having stated that on

December 31, 2020 Infinity Transportation 2020-1, LLC purchased from CAI Rail all of the

right, title and interest in the rail cars, lease, and causes of action brought and pursued by CAI

Rail in this action, this Court hereby pursuant to Fed. R. Civ. P. 25(c ):

GRANTS the motion, and ORDERS that Infinity Transportation 2020-1, LLC shall be

substituted as plaintiff in this action in place of CAI Rail Inc., J. Stephen Simms, formerly

counsel of record for CAI Rail, Inc. continuing as counsel for Infinity Transportation 2020-1,

LLC and that the Clerk shall so note on the docket.

SO ORDERED.

Dated: February 1 , 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge